JS-6

TONY K. KIM, SBN: 128559
DANIEL KANG, SBN: 222399
**KIM PARK CHOI & YI**
**A Professional Law Corporation**
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010
Tel: (213) 252-9669
Fax: (213) 252-9656

Attorneys for Defendant/Cross-Defendant, Foreign Exchange, Inc. and Attorneys for Defendants, Albert Han; Lee+Kim Design, Inc.; and Joseph Chi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAR, INC., dba AKARSTUDIOS,<br><br>    Plaintiff,<br>vs.<br><br>FOREIGN EXCHANGE, INC., a California Corporation; ALBERT HAN, an individual; SHUBIN + DONALDSON ARCHITECTS, INC., a California Corporation; LEE + KIM DESIGN, INC., a corporation; JOSEPH CHI, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: CV09-4940-GAF (RZx)<br><br>**ORDER RE: DISMISSAL**<br><br>Honorable Gary A. Feess |

The Court having reviewed Plaintiff Akar Inc., dba Akarstudios ("Akar" or "Plaintiff") and Defendants Foreign Exchange, Inc. ("FEI" or "Cross-Defendant"), Albert Han ("Han"), Lee+Kim Design, Inc. ("Lee+Kim"), Joseph Chi ("Chi"), and Shubin + Donaldson Architects, Inc. ("Shubin" or "Cross-Claimant") (FEI, Han, Lee+Kim, Chi and Shubin collectively referred to as "Defendants") (Plaintiff and Defendants collectively referred to as "Party" or "Parties"), Notice of Settlement and Stipulation of Dismissal with

1  Prejudice, and good cause appearing, hereby ORDERS that this action, including all claims,

2  counterclaims, and cross-claims, be DISMISSED WITH PREJUDICE, and the case be

3  CLOSED.

4

5  Dated: July 9, 2010.

6

7  *[signature: Gary Feess]*

8  _____
   Hon. Gary A. Feess